UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Edward Kimley,

                     08 Civ. 4385 (CM) (AJP)

            Plaintiff(s),

                     ORDER OF REFERENCE
    -against-                     TO A MAGISTRATE JUDGE
Janice M. Killian, et al,

           Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ✓ Habeas Corpus |
| | ____ Social Security |
| ____ Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ____ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: May 20, 2008
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

Copies mailed/faxed/handed to counsel on 5/20/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08