**MEMO ENDORSED**

6/19/08
Petitioner's Motion for reconsideration is DENIED.

*[signature]* 6-19-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

Edward Kinley #40194-050
FCI Otisville
PO Box 1000
Otisville NY 10963

08 Civ. 4385 (CM)(AJP)

Dear Judge McMahon

The reason I'm writing you is because of a time issue. I have a crack case and when I get the 2 level reduction my release date will be June of 09 and with the half way house it will be December of 08 with you sending this 2241 motion to the middle District of Pennsylvania as soon as the U.S. Attorneys office in Pennsylvania gets it they are going to file a motion to dismiss because it is filed in the wrong District. The U.S. Attorney is going to do what ever they have to do to win and the Judge has to dismiss my motion because it has to be filed in the District where I'm housed the statue and case law are clear on this. The petition must be filed where the inmate is housed. You stated that in the interest of Justice you are transferring the motion to Pennsylvania. What Justice is being served by this transfer one respondent is in Pennsylvania and one respondent and the petitioner are in New

Copies mailed/faxed/handed to counsel on 6/19/08

①

08 CIV 4385 (CM) (AJP)

york Justice would be served by letting a magistrate Judge hear This motion in New york because in The long run The Judge in pennsylvania is going To Tell me To File in The District where I'm housed. To save Time I'm asking This court To keep This motion in New york and let a magistrate hear it.

          Thank you for your Time.

          Edward Kinsley

cc my file

②